DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES JONES** and **MALLORIE ANNE JONES,**
Appellants,

v.

**GEOVERA SPECIALTY INSURANCE COMPANY,**
Appellee.

No. 4D21-275

[January 27, 2022]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Nina W. DiPietro, Judge; L.T. Case Nos. COCE19-19264 and CACE20-8637.

Chad A. Barr of Chad Barr Law, Altamonte Springs, for appellants.

Maureen G. Pearcy of Paul R. Pearcy, P.A., Miami, and Joseph V. Manzo of Hinshaw & Culbertson, LLP, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***